# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MARSHALL DEWAYNE            )
WILLIAMS,                   )
                            )
        **Plaintiff,**      )
                            )
v.                          )      **Case No. CIV-15-1082-R**
                            )
UNKNOWN FEDERAL AGENTS      )
and the UNITED STATES OF    )
AMERICA,                    )
                            )
        **Defendants.**     )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones. Doc. No. 15. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED this 6th day of January, 2016.


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE